ORIGINAL

FILED-USDC-NDTX-DA
'26 JUN 16 PM4:20
km

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-26CR-307 L |
| DEVIN JACK BRODMAN | |

## WAIVER OF INDICTMENT

Devin Jack Brodman, the defendant, has been informed that a one-count felony Information has been filed which accuses the defendant of committing a violation of 18 U.S.C. § 371 (42 U.S.C. § 1320a-7b(b)(2)), that is, Conspiracy to Defraud the United States and to Pay Kickbacks and Bribes in Connection with a Federal Health Care Program.

The defendant, being advised of the nature of the above charge(s) and the proposed felony superseding information, understands the following:

1. The defendant has the right to have the defendant's case presented to a Federal Grand Jury;
2. The Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed;"
3. In order to return a "true bill" of indictment, the Grand Jury must find from the evidence presented, that there is probable cause to believe that a federal

offense has been committed and that the defendant committed that federal offense;

4. The defendant may waive or give up the defendant's clear legal right to have the defendant's case presented to the Grand Jury; and

5. The defendant has discussed the right to waive or give up having the defendant's case presented to the Grand Jury with the defendant's lawyer, and the defendant's lawyer has fully explained the consequences of waiving this legal right.

After consultation with counsel, the defendant hereby voluntarily, knowingly, and intelligently waives now and agrees to later waive in open court the defendant's legal right to have the defendant's case presented to a Federal Grand Jury and consents that the prosecution may proceed by information rather than by indictment.

Signed this the 15 day of June, 2026.

Devin Brodman
DEVIN JACK BRODMAN
Defendant

MARK THOMAS
Attorney for Defendant